IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 8:06-cv-01457-SDM-TGW |
| LEONARD M. WEISMAN; ROBIN MADDEN; GAY COURTER; NATURAL RESOURCES GROUP, S.A.; and RAILWAY MARKETING CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

Pursuant to the consent of the parties, it is hereby

ORDERED, ADJUDGED, and DECREED that the United States shall recover $1,121,207.04 from the defendant Leonard Weisman as of July 1, 2009, with interest thereafter as provided in 26 U.S.C. Sections 6621 and 6622, provided however that, pursuant to the settlement agreement dated July 6, 2009, the United States shall collect only $900,000 plus interest from July 6, 2009 at the rate of 4% per annum absent default by defendants of the settlement agreement dated July 6, 2009. It is further

ORDERED, ADJUDGED, and DECREED that the liens of the United States arising from defendant Leonard Weisman's unpaid income tax liabilities for years 1988, 1989, and 1990 attach to the real property located at 10330 Weisman Court, Crystal River, Florida ("the subject real property"). It is further

ORDERED, ADJUDGED, and DECREED that liens of the United States arising from

defendant Leonard Weisman's unpaid tax liabilities for years 1988, 1989, and 1990 are superior to all liens and claims of defendants Robin Madden, Gay Courter, Natural Resources Group, SA, and Railway Marketing Corporation to the subject real property, and all liens and claims of defendants to the subject real property are subordinate to the tax liens of the United States. It is further

ORDERED, ADJUDGED, and DECREED that with the exception of the priority issue of the federal tax lien all claims by the United States against defendants Robin Madden, Gay Courter, National Resources Group, SA and Railway Marketing Corporation are hereby dismissed with prejudice. It is further

ORDERED, ADJUDGED, and DECREED that the court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties dated July 6, 2009, including but not limited to entering a foreclosure judgment and order of sale. It is further

ORDERED, ADJUDGED, and DECREED that the parties shall bear their respective fees and costs, including attorney's fees and other expenses of litigation.

DONE AND SO ORDERED at Tampa, Florida on _____July 22_____, 2009.

_____
THOMAS G. WILSON
United States Magistrate Judge

cc:   Mary Apostolakos Hervey, Esquire
      Trial Attorney
      DOJ Tax Division
      Ben Franklin Station
      Washington, DC 20044

Charles Allen Carlson, Esquire
Barnett, Bolt, Kirkwood, Long & McBride
601 Bayshore Blvd., Suite 700
Tampa, Florida 33606