## ABSTRACT OF JUDGMENT
### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Leonard M. Weisman<br>10330 W. Weisman Court<br>Crystal River, FL 34429-5208 | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $1,121,207.04 from the defendant Leonard Weisman as of July 1, 2009, with interest thereafter as provided in 26 U.S.C. Sections 6621 and 6622, provided however that, pursuant to the settlement agreement dated July 6, 2009, the United States shall collect only $900,000 plus interest from July 6, 2009 at the rate of 4% per annum absent default by defendants of the settlement agreement dated July 6, 2009. | United States Department of Justice<br>Tax Division, TaxFLU OOR<br>P.O. Box 310<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-6567 | July 21, 2009<br>Case No. 8:06-cv-01457-SDM-TGW |

UNITED STATES OF AMERICA     CLERK'S OFFICE     U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
*SS*

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated: December 22, 2009

By: _____, Deputy Clerk